UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:18-cr-3-JMS-MG |
| TERRANCE ALEXANDER, | ) - 01 ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

On December 14, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 5, 2023. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by James Warden, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Chad Ulmer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

 1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

 2. After being placed under oath, Defendant admitted violation number 1. [Docket No.50.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

 3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

On November 17, 2023, Mr. Alexander submitted a urine screen which tested positive for amphetamines and marijuana. He admitted consuming methamphetamine, marijuana, and synthetic marijuana approximately two days prior to submitting the drug screen.

As previously reported to the Court, on July 13, August 31, and October 27, 2023, Mr. Alexander submitted urine screens which tested positive for marijuana. On September 11, 2023, he submitted a urine screen which tested positive for amphetamine, methamphetamine, and marijuana. On October 11, 2023, Mr. Alexander submitted a urine screen which tested positive for marijuana, cocaine, and fentanyl. He admitted using the substances in each instance when confronted with the testing results.

| | |
|---|---|
| 2 | **"You must not commit another federal, state, or local crime."** |

As previously reported to the Court, on September 28, 2023, Mr. Alexander informed this officer he had been charged in Hamilton County, Indiana, with a new offense. Investigation into his claims revealed on September 20, 2023, he was charged with Count I: Domestic Battery (misdemeanor), Count II: Domestic Battery (misdemeanor), Count III: Domestic Battery by Bodily Waste (misdemeanor), and Count IV: Interference with the Reporting of a Crime (misdemeanor) under Cause No. 29D03-2309-CM-006871. According to the probable cause affidavit, Mr. Alexander was involved in an altercation with his significant other. He accused her of talking to other men, and struck her with a closed fist and grabbed her arms tightly causing bruising. He took her phone and destroyed it, which made her unable to report the crime. After this officer instructed him to do so, Mr. Alexander turned himself into the Hamilton County Jail on October 7, 2023. He posted bond the next day.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised

release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 15 months. Defendant requested placement at FCI Greenville, Illinois.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 15 months of incarceration with 2 years of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification: Conditions 1-11 are administrative and will assist the probation officer in supervising the offender in the community.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

13. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

14. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not
    attempt to obstruct or tamper with the testing methods.

    Justification: Conditions 12-14 are recommended given the offender has a history of abusing an illegal substance.

15. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

    Justification: The offender has a history of illegal drug use/possession and firearm possession, as proven by his recent noncompliance. A search condition will provide a measure of accountability for the offender, as well as an added protection for the community.

16. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health

      medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

17. You shall pay the cost associated with the following imposed condition of supervised release, to the extent you are financially able to pay: mental health treatment. The probation officer shall determine your ability to pay and any schedule of payment.

      Justification: Conditions 16-17 are recommended to protect society and provide for the offender's rehabilitation.

Defendant reviewed the above noted conditions with his attorney.

      Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge will make a recommendation of placement at FCI Greenville, Illinois.

      The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

      The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/15/2023

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system