UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cr-0003-JMS-MG |
| | ) | |
| TERRANCE ALEXANDER, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On February 19, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 22, 2026. Defendant appeared in person with his appointed counsel Bill Dazey. The government appeared by Cristina Caraballo-Colón, Assistant United States Attorney. The U. S. Parole and Probation appeared by Officer Kristy Talley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant Alexander orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted Violations # 1 and 2. [Dkt. 68.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On January 12, 2026, Mr. Alexander submitted a urine drug screen that returned positive for fentanyl.<br><br>As previously reported to the Court, on December 17, 2025, Mr. Alexander submitted a urine drug screen that returned positive for amphetamine, cocaine, and synthetic marijuana. On December 29, 2025, and January 6, 2026, Mr. Alexander submitted urine drug screens that returned positive for fentanyl. |
| 2 | **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."**<br><br>On December 17, 2025, Mr. Alexander reported he was fired from his employer on October 16, 2025. Mr. Alexander has remained unemployed since. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 15 months' imprisonment with no supervised release to follow. Defendant requested placement at FCI Greenville.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 15 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Greenville. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

So RECOMMENDED.

Date: 02/24/2026

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system