UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cr-00003-JMS-MG |
| | ) | |
| TERRANCE ALEXANDER (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation dkt [77] recommending that Terrance Alexander's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [77]. The Court finds that Mr. Alexander committed Violation Numbers 1 and 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [68].   The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Alexander is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months and with no supervised release to follow.   The Court recommends placement at FCI Greenville.

Date: 2/27/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system